### 18958. GAYNUS v. BROWN.

BLOODWORTH, J. The judge of the superior court sustained exceptions to the original answer of the justice of the peace and required him to answer again. Acting upon the "rectified" answer, the presiding judge did not err in overruling the petition for certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 11, 1928.

*S. C. Townsend,* for plaintiff in error.
*L. J. Cowart, G. B. Cowart,* contra.